**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RE: APPEAL OF MARPLE NEWTOWN SCHOOL DISTRICT FROM THE DETERMINATION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PENNSYLVANIA REGARDING DATE OF BREACH OF COVENANT RELATING TO THE PROPERTIES LOCATED AT THE INTERSECTION OF ROUTE 252 AND GOSHEN ROAD, NEWTOWN TOWNSHIP, COUNTY OF DELAWARE, PENNSYLVANIA OWNED BY ASHFORD LAND COMPANY, LP : : : : : : : : : : : : : : : : : : | No. 384 MAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: ASHFORD LAND COMPANY, LP : : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.